## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE PORK GROUP, Inc., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| HASTINGS PORK, a general partnership, and its general partners, HASTINGS PORK, INC., a Nebraska Corporation; FHT, INC., a Nebraska Corporation; and HASTINGS HOLDINGS CORPORATION, a Colorado Corporation, | ) ) ) ) ) ) ) ) | 8:10CV39 ORDER |
| Defendants. | ) | |

For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion to Amend Progression Order (Doc. 25) is granted. The planning conference now set for August 2, 2010 is continued to Monday, **September 20, 2010 at 10:30 a.m.** by conference call initiated by plaintiff's counsel. A trial date will be set during the September 20 planning conference.

**DATED July 29, 2010.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge