UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| THE PORK GROUP, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>HASTINGS PORK, a general partnership; and its general partners, HASTINGS PORK, INC., a Nebraska Corporation; FHT, INC., a Nebraska Corporation; and HASTINGS HOLDINGS CORPORATION, a Colorado Corporation,<br><br>        Defendants. | Civil Action No. 8:10CV39<br><br>**PROTECTIVE ORDER** |

This matter comes before the Court on the Joint Stipulation for Protective Order (filing 33) submitted by Plaintiff and Defendants.

Having reviewed the Joint Stipulation for Protective Order, and being duly advised in the premises thereof,

IT IS ORDERED:

1. The Joint Stipulation for Protective Order is hereby APPROVED;

2. The terms of the Joint Stipulation for Protective Order (filing 33) are hereby adopted and incorporated into this Protective Order, and shall apply to all information and documents designated as Confidential Information pursuant and subject to the terms of the Joint Stipulation for Protective Order.

DATED September 9, 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge