# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE PORK GROUP, INC., A Delaware Corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HASTINGS PORK, a general partnership; et al., )<br>)<br>)<br>Defendants. ) | 8:10cv39<br><br>ORDER SETTING SCHEDULE<br>FOR PROGRESSION OF CASE |

Following a conference with counsel pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED** that the provisions of the court's earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

1. **Motions for Summary Judgment.** Motions for summary judgment shall be filed not later than **October 29, 2010**. *See* NECivR 56.1 and 7.0.1.

2. The response to the motion for summary judgment shall be filed no later than **November 30, 2010.**

DATED September 20, 2010.

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**