IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE PORK GROUP, Inc., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| HASTINGS PORK, a general partnership, and its general partners, HASTINGS PORK, INC., a Nebraska Corporation; FHT, INC., a Nebraska Corporation; and HASTINGS HOLDINGS CORPORATION, a Colorado Corporation, | ) ) ) ) ) ) ) ) | 8:10CV39<br><br>ORDER |
| Defendants. | ) | |

On December 14, 2010, the district court granted partial summary judgment in favor of the plaintiff; however, several issues remain for trial.

**IT IS ORDERED** that counsel for the parties shall contact my chambers no later than **December 22, 2010** to schedule a Rule 16 planning conference for the purpose of setting a final discovery schedule and progressing the matter to trial.

**DATED December 15, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**